# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SUSQUEHANNA BANK, SUCCESSOR BY MERGER COMMUNITY BANKS, | : | No. 115 MAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| LAURA E. COOPER A/K/A LAURA ELIZABETH LONG A/K/A LAURA ELIZABETH COOPER A/K/A LAURA E. LONG, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.